# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700223
_____

### UNITED STATES OF AMERICA
Appellee

v.

### STEVEN R. STACHOWICZ
Chief Culinary Specialist (E-7), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commander, Navy Region Hawaii, Joint Base Pearl Harbor-Hickam, HI.
Staff Judge Advocate's Recommendation: Lieutenant Commander L.E. Butler, JAGC, USN.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 26 October 2017

_____

Before MARKS, JONES, and WOODARD, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court